1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CAAS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ENVISION TELEPHONY INC., <br><br> Defendant. | CASE NO. 2:15-cv -00624 <br><br> **PLAINTIFF'S CORPORATE DISCLOSURE PURUAN TO FRCP 7.1** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Plaintiff's parent corporation is Intellisist, Inc.

DATED: April 27, 2015.  /s/ John Mansfield

John Mansfield
(Bar No. 27779)
MANSFIELDLAW
800 2nd Avenue, Suite 8009
Seattle, Washington 98104
Telephone: 971-271-8615
Email: john@mansfieldlaw.net

Attorney for Plaintiff
CAAS SYSTEMS, INC.

Of Counsel:

Corby R. Vowell
Dave R. Gunter
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: vowell@fsclaw.com
Email: gunter@fsclaw.com

---

COMPLAINT FOR INFRINGEMENT OF PATENT