UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAAS TECHNOLOGIES, LLC<br><br>                 Plaintiff,<br><br>vs.<br><br>ENVISION TELEPHONY INC.,<br>               Defendant. | CONSOLIDATED<br><br>CASE NO. 2:15-cv-00624-JLR |

~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO DISMISS

Plaintiff CAAS TECHNOLOGIES, LLC ("CAAS") and Defendant ENVISION TELEPHONY INC. ("Envision") have agreed to dismiss with prejudice all claims in the above-captioned case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled case and all claims by CAAS against Envision and all claims by Eanvision against CAAS made therein are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 16 day of Jan. , 2017.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE